**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 72 MAL 2020

               Respondent             :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

              v.                     :

                                       :

WADE ANTHONY MASON,           :

               Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.